# First District Court of Appeal
## State of Florida

_____

No. 1D17-424
_____

M & M MAINTENANCE OF TAMPA
BAY INC.,

    Appellant,

    v.

DEPARTMENT OF FINANCIAL
SERVICES, DIVISION OF
WORKERS' COMPENSATION,

    Appellee.

_____


On appeal from Department of Financial Services.

March 15, 2018


PER CURIAM.

    AFFIRMED.

WOLF and WETHERELL, JJ., and FORST, ALAN O., ASSOCIATE
JUDGE, concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Robert E. Biasotti of Biasotti Law, St. Petersburg, for Appellant.

Jonathan Anthony Martin, Senior Attorney, of the Department of Financial Services, Tallahassee, for Appellee.